No. 228. WILLINGHAM, WARDEN, ET AL. *v.* MORGAN. C. A. 10th Cir. [Certiorari granted, *ante*, p. 976.] Motion of respondent for leave to proceed further herein *in forma pauperis* and for assistance of counsel granted. It is ordered that *Joseph M. Snee, Esquire,* of Washington, D. C., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel to brief and argue this case in this Court on behalf of respondent.

No. 488. DANIEL ET AL. *v.* PAUL. C. A. 8th Cir. [Certiorari granted, *ante*, p. 975.] *James W. Gallman, Esquire,* of Fayetteville, Arkansas, a member of the Bar of this Court, is invited to brief and argue this case, as *amicus curiae,* in support of the judgment below.

No. 1106, Misc. IRWIN *v.* DOWNIE, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for a writ of certiorari, certiorari denied.

No. 1062, Misc. HARRIS *v.* RHAY, PENITENTIARY SUPERINTENDENT. Motion for leave to file petition for writ of mandamus denied.

No. 705. CIPRIANO *v.* CITY OF HOUMA ET AL. Appeal from D. C. E. D. La. Probable jurisdiction noted. *Kenneth Watkins* for appellant. *E. E. Huppenbauer, Jr.,* for appellees.

No. 820. PHELPS *v.* MISSOURI-KANSAS-TEXAS RAILROAD Co. Sup. Ct. Mo. Certiorari granted. *John H. Haley, Jr., James T. Williamson,* and *Thomas J. Conway* for petitioner. *Howard A. Crawford* for respondent.